**ERIC V. KLEINER, ESQ.**
*385 SYLVAN AVENUE*
*SUITE 29, 2ND FLOOR*
*ENGLEWOOD CLIFFS, NJ 07632*
*(201) 394-6229*
**NJ STATE BAR NO. 003951988**

**\*MEMBER OF NJ, NY & DC BARS, & NYSD & CA3DCIR.**
**EMAIL ADDRESS: erickleiner@verizon.net**

JUNE 5, 2024

<u>*Via ECF Only*</u>
Honorable Michael A. Hammer, U.S.M.J.
United States District Court, District of New Jersey Newark
Martin Luther King, Jr. Federal Building and Courthouse
50 Walnut Street, 2nd Floor
Newark, New Jersey 07102

    Re: <u>**Myrlene Laurince v. City of Englewood, et als.**</u>
          **Civil Action No. 2:23-cv-03063 (JXN/MAH)**

Dear Judge Hammer:

    I am the attorney for the Plaintiff/s in this matter, but I write jointly on behalf of defense counsel also in reporting to your Honor that we would ask collectively to postpone to a later date the filing of the joint discovery plan by 6/6/24. Recently, the OAGNJ indicated that the Grand Jury no billed the case as to the officers involved. As the Court is aware, almost all of the discovery in the case had been kept confidential by the OAG pursuant to the Grand Jury secrecy rule in New Jersey. However, I am learning upon information and belief that the OAGNJ is retaining the internal affairs [IA] to determine, what, *[defense counsel requested added language-{"if any"}]* administrative action should be taken against the officers involved in the incident. This may further slow the discovery process. In any event the undersigned is preparing an exhaustive long list of items that both parties are in need of and that subpoena duces tecum will be completed within 3-5 days and served on DAG Choi who has informed me that he will receive that subpoena and forward it to the officer/agent/DAG in charge of the discovery.

    Lastly, given the foregoing, all counsel would request that the phone conference be carried from 6/11/24 to a date in July convenient for your Honor. If Your Honor choose not to adjourn the Telephonic Scheduling Conference scheduled for 6/11/24, counsel for all parties will be available for same.

    Should you have any questions regarding this request or should you need any additional information, please do not hesitate to contact the undersigned. As always, we thank the Court for its attention, courtesy and cooperation.

1

Respectfully submitted,

_____
ERIC V. KLEINER, ESQ.
ATTORNEY FOR THE PLAINTIFF/S

cc: David Pack, Esq. *(via ECF only)*
    Robert F. Renaud, Esq. *(via ECF only)*