## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

*Plaintiff(s)*
MYRLENE LAURINCE, individually and in
her capacity as Administrator ad
Prosequendum for the ESTATE OF
BERNARD PLACIDE, Deceased,

vs.

*Defendant(s)*
CITY OF ENGLEWOOD, ENGLEWOOD
POLICE DEPARTMENT, OFFICER
LUANNA SHARPE, OFFICER BRIAN
HAVLICEK, OFFICER LANGIE
FERNANDEZ, and JOHN/JANE DOE/S 1-15,
(fictitious identifiers), XYZ CORPORATIONS
NOS. 1-15 (fictitious identifiers), individually
and/or in their official capacities, jointly,
severally, and/or in the alternative,

Civil Action No. 2:23-cv-03063 (JXN/MAH)

**Document Electronically Filed**

### CONSENT ORDER FOR STAY AND ADMINISTRATIVE TERMINATION

### WITHOUT PREJUDICE

This matter having come before the Court upon joint consent request by all parties for a stay and administrative termination of this matter without prejudice, and therefore,

**IT IS** on this ___17th___ day of ___September___, 2024:

1.    **ORDERED** that this action and any pending motions are hereby administratively terminated without prejudice, that this termination without prejudice shall not constitute a dismissal under Fed. R. Civ. P. 41, and does not bear any adverse consequences for purposes of the statute of limitations; and it is further

2.    **ORDERED** that Plaintiff shall file a letter by ___November 18, 2024___ requesting to either restore this matter to the active list or extend the stay/termination; and it is further

3.    **ORDERED** that a request to restore this matter to the active calendar or extend the

1

stay/termination by the aforementioned date **must** be made by plaintiff electronically. Failure to comply with the terms of the Order may result in the Court dismissing this action, without further notice, with prejudice and without costs.

HONORABLE JULIEN XAVIER NEALS, USDJ