**ERIC V. KLEINER, ESQ.***
**385 SYLVAN AVENUE**
**SUITE 29, 2ND FLOOR**
**ENGLEWOOD CLIFFS, NJ 07632**
**Tel: (201) 394-6229**

*member NY, NJ & DC Bars, NYSD, CA3DCIR., US Sup. Ct.
*New Jersey Bar No. 003951988*

January 15, 2025

<u>*SENT VIA ECF ONLY*</u>

HONORABLE MICHAEL A. HAMMER, U.S.M.J.

UNITED STATES DISTRICT COURT OF NEW JERSEY

MARTIN LUTHER KING, JR. FEDERAL BLDG. AND COURTHOUSE

50 WALNUT STREET

2ND FLOOR

NEWARK, NJ 07102

**RE:   COVER LETTER EXTENDING TIME PERIOD OF ORDER OF 9/17/24 ADMINISTRATIVELY TERMINATING MATTER WITHOUT PREJUDICE [NOT UNDER Fed. Civ. P. 41]**

**MYRLENE LAURINCE V. CITY OF ENGLEWOOD, et als.**

**Civil Action No. 2:23-CV-03063 (JXN/MAH)**

Dear Judge Hammer:

Please accept this timely letter filed in compliance with the Court's Orders of 9/17/24 and 11/18/24. This letter serve to request that the time under the present Order be extended sixty (60) days from 1/17/25 to 3/18/25 due to the fact that the NJ Office of the Attorney General maintains to this present day that their investigation of the administrative aspect of the shooting as to the police officers

1

remains ongoing. My recent request for an updated timetable from the AG has been not responded to substantively. That fact precludes all parties from engaging in any meaningful discovery since the OAGNJ houses the entire voluminous discovery file of audio and video recordings and internal affairs reports as well as toxicology and pathology and other forensic based evidence. The parties' unified position since this matter has been filed with this Court is that the OAGNJ files and tangible items are essential and the case cannot move forward in the discovery phase without these items.

    I also alert the Court that the survivors of the decedent of Bernard Placide had formally requested a federal grand jury be convened to criminally investigate potential federal civil; rights charges. To date, the U.S. Attorney's Office has not indicated to plaintiff or undersigned what the status of this request is, and requests for a status from the U.S. Attorney's Office has not been responded to.

Respectfully submitted;

_____
ERIC V. KLEINER, ESQ.
ATTORNEY FOR THE PLAINTIFF
DATED: 1-15-25

    cc.   David Pack, Esq. [via ecf with attachment]
            Robert Renaud, Esq. [via ecf with attachment]