**ERIC V. KLEINER, ESQ.***
**385 SYLVAN AVENUE**
**SUITE 29, 2ND FLOOR**
**ENGLEWOOD CLIFFS, NJ 07632**
**Tel: (201) 394-6229**

*member NY, NJ & DC Bars, NYSD, CA3DCIR., US Sup. Ct.
*New Jersey Bar No. 003951988*

                                                NOVEMBER 1, 2025

<u>**SENT VIA ECF ONLY**</u>

**HONORABLE MICHAEL A. HAMMER, U.S.M.J.**

**UNITED STATES DISTRICT COURT OF NEW JERSEY**

**MARTIN LUTHER KING, JR. FEDERAL BLDG. AND COURTHOUSE**

**50 WALNUT STREET**

**2ND FLOOR**

**NEWARK, NJ 07102**

**RE:   <u>TIMELY STATUS LETTER FROM PLAINTIFF TO EXTEND THE TIME PERIOD FOR AN ADMINISTRATIVE STAY FOR ANOTHER 60 DAYS</u>**

**<u>ORIGINATING FROM ORDER OF 9/17/24 ADMINISTRATIVELY TERMINATING MATTER WITHOUT PREJUDICE [NOT UNDER Fed. Civ. P. 41]</u>**

**<u>MYRLENE LAURINCE V. CITY OF ENGLEWOOD, et al.</u>**

**<u>Civil Action No. 2:23-CV-03063 (JXN/MAH)</u>**

Dear Judge Hammer:

     Please accept this timely letter from plaintiff's counsel to request that the ending of the administrative stay due on 11/13/25 be extended 60 days for good cause. My understanding is defense counsel is in agreement that I write to the Court as instructed from our last telephone conference in October of 2025 to report to the Court as to the plaintiff's attempts through New Jersey OPRA laws to secure some of the body worn cameras that depict the decedent Bernard Placide and to

secure any necessary additional 60 day administrative extension. I am writing to the Court on behalf of all counsel as to these follow-ups.

    Since I am writing this letter on behalf of all counsel for all parties to complete this ministerial task to report to the Court, I should first state as an officer of the court and as the designated scrivener that the defense is not joining in with this OPRA request to the OAGNJ and is in fact opposed to it. However, nevertheless, on 10/26/25 [electronic filing] and 10/27/25 [by US mail and by cc to defense counsel in our case] the undersigned filed with the OAGNJ the previously discussed OPRA request using state court processes and law available to us to seek to achieve direct access to central identification video/audio evidence which is at the core of our case before the Court. I attach the OPRA form submitted to the OAGNJ and tot eh defense for the Court's file.

    Based on the foregoing, it is my understanding that all counsel [for the defense and the plaintiff] also request that the administrative hold be extended from November 13, 2025 for an additional sixty (60) days to until approximately 1/12/26 while the undersigned expects to begin a state court proceeding which will take time to wind through the OPRA law process/system. However, the undersigned has the ability to seek expedited review if the matter is contested in state court. Given our dire need for this discovery to be received forthwith in a serious civil rights death case with officers acting under color of law, and due to the age of the case that still remains in the pre-discovery phase through **no fault** of the Court or the plaintiff or the defense, I am optimistic that the matter if contested can be subject to expedited review in the interests of justice and I have guarded optimism that this discovery will be released through this state court process.

Respectfully submitted:

_____
ERIC V. KLEINER, ESQ.
ATTORNEY FOR THE PLAINTIFF    DATED: 11-1-25

    cc.    David Pack, Esq. [via ecf and email]
           Robert Renaud, Esq. [via ecf and email]